IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| BRIANNA R. FUNDERBURKE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 25-01001-CV-W-BP |
| JACKSON COUNTY COURTHOUSE, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the order entered January 20, 2026 (Doc. 6) the Motion for Leave to Proceed In Forma Pauperis, (Doc. 1), is **DENIED** and the case is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 20, 2026                /s/ Paige Wymore-Wynn
                                                        Clerk of the Court

Entered: January 20, 2026              /s/ Karri Sandusky
                                                        Deputy Clerk